**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| Sherod Johnson,<br><br>        Plaintiff,<br><br>vs.<br><br>Equifax Information Services, LLC., et al.,<br><br>        Defendants. | Case No.: 2:23-cv-12368 |

**NOTICE OF SETTLEMENT WITH DEFENDANT**
**EQUIFAX INFORMATION SERVICES, LLC**

    Plaintiff and Defendant, Equifax Information Services, LLC., have agreed to settle their dispute and intend to file a Voluntary Dismissal as to Equifax Information Services, LLC., with prejudice, no later than February 21, 2024.

                                                Respectfully submitted,

                                                /s/ Gary Hansz
                                                Gary Hansz
                                                39111 Six Mile Road, Suite 142
                                                Livonia, MI 48152
                                                Phone: (248) 353-2882
                                                Fax: (248) 353-4840
                                                gary.hansz@crlam.com
                                                *Attorneys for Plaintiff,*
                                                *Sherod Johnson*

December 26, 2023

## PROOF OF SERVICE

I, Gary Hansz, hereby state that on December 26, 2023 I served a copy of the foregoing pleading upon all counsel of record via the ECF System.

/s/ Gary Hansz