**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

Sherod Johnson,

    Plaintiff,

v.

                                                Case No. 2:23-cv-12368

Equifax Information Services, LLC., et al.,

    Defendants.

_____

### STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT SYNCHRONY BANK WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, Sherod Johnson ("Plaintiff") and Defendant Synchrony Bank ("Synchrony") hereby jointly stipulate and agree that Plaintiff hereby dismisses with prejudice all claims asserted against Synchrony in the above-styled action with the parties to bear their own attorney fees, costs and expenses.

RESPECTFULLY SUBMITTED this 12th day of January 2024.


*Gary Hansz (w/ permission)*　　　　　*/s/ Alan J. Taylor*
Gary Hansz (P44956)　　　　　　　　Alan J. Taylor (P51660)
*Counsel for Plaintiff*　　　　　　　　*Counsel for Defendant Synchrony Bank*

- 2 -

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Sherod Johnson,

    Plaintiff,

v.

Equifax Information Services, LLC., et al.,

    Defendants.

Case No. 2:23-cv-12368

## ORDER FOR DISMISSAL OF DEFENDANT SYNCHRONY BANK WITH PREJUDICE

The Court having received the parties' Stipulation, and being otherwise fully advised in the premises,

IT IS HEREBY ORDERED that Defendant Synchrony Bank shall be dismissed with prejudice from this lawsuit and without costs or attorney fees awarded to either party.

Dated:  January 26, 2024

                                            *s/George Caram Steeh*
                                          U.S. District Court Judge