# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

Sherod Johnson,

        Plaintiff,

vs.

Equifax Information Services, LLC., et al.,

        Defendants.

Case No.: 2:23-cv-12368

## STIPULATION OF DISMISSAL
## AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC., WITH PREJUDICE AND WITHOUT COSTS

The parties, as evidenced by the signatures of their respective counsel below, stipulate to the dismissal of Plaintiff's claims against E Equifax Information Services, LLC., with prejudice and without attorney's fees or costs to either party.

April 4, 2024

Respectfully Submitted,

/s/ Gary Hansz
Gary Hansz (Bar # 534669)
Attorneys for Plaintiff
39111 Six Mile Rd., Suite 142
Livonia, MI 48152
Email –
Gary.hansz@crlam.com
*Attorneys for Plaintiff,*
*Sherod Johnson*

By: /s/ Jordan S. Bolton
Taft Stettinius & Hollister LLP
Jordan S. Bolton (P66309)
2777 Franklin Rd, Suite 2500
Southfield, MI 48034 (248) 351-3000
jbolton@taftlaw.com
*Attorney for Defendant Equifax Information Services, LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Sherod Johnson,
        Plaintiff,

vs.

Equifax Information Services, LLC., et al.,

        Defendants.

Case No.: 2:23-cv-12368

Hon. George Caram Steeh

### ORDER OF DISMISSAL
### WITH PREJUDICE AS TO DEFENDANT
### EQUIFAX INFORMATION SERVICES, LLC

The Court, having reviewed the parties' stipulation, and finding good cause shown;

**IT IS HEREBY ORDERED** that Plaintiff's claims against Equifax Information Services, LLC., are hereby dismissed with prejudice and without fees or costs to either party.

Dated:  April 9, 2024

s/George Caram Steeh
United States District Court