UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHEROD JOHNSON,

    Plaintiff,

v.

CHRYSLER CAPITAL,

    Defendants.

Case Number: 23-cv-12368
Honorable George Caram Steeh
Magistrate Judge Anthony P. Patti

## **STIPULATED DISMISSAL ORDER**

Plaintiff Sherod Johnson and Defendant Santander Consumer USA Inc. d/b/a Chrysler Capital ("Chrysler Capital") through their undersigned counsel, hereby stipulate to the dismissal of this action in its entirety with prejudice, and without costs or attorneys' fees to any party.

SO ORDERED.

Dated: June 11, 2024

s/George Caram Steeh
United States District Judge

4894-9567-5576_1

Stipulated as to form and content, notice of entry waived:

| | |
|---|---|
| /s/*Gary Hansz (with consent)* <br> Gary Hansz (P44956) <br> CREDIT REPAIR LAWYERS OF AMERICA <br> Gary.hansz@crlam.com <br> *Attorney for Plaintiff* | */s/ Erica J. Shell* <br> Erica J. Shell (P80106) <br> BODMAN PLC <br> eshell@bodmanlaw.com <br> *Attorneys for Santander Consumer USA Inc*. |

Dated:   June 10, 2024.